IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARREN E. CRAWFORD, SR.,** | : | CIVIL ACTION NO. 1:CV-06-1651 |
| | : | |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| | : | |
| **LEBANON COUNTY CORRECTIONAL FACILITY** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the court in the captioned action is a October 16, 2006 report of the magistrate judge recommending that the case be dismissed.   No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge Smyser.

2)  The above-captioned case is **DISMISSED** pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

3) The Clerk of Court shall close the file.

s/ Yvette Kane
YVETTE KANE, Chief Judge
United States District Judge

Dated: November 14, 2006.